WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1105 SULPHUR SPRINGS LANE; ROCK SPRINGS VISTA 3 HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:17-CV-01524-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3 (hereinafter "Plaintiff" or "U.S. Bank"), Defendant, Saticoy Bay, LLC Series 1105 Sulphur Springs Lane ("Saticoy Bay" or "Defendant") and Defendant, Rock Springs Vista 3 Homeowners Association ("Rock Springs" or "HOA") (collectively, "the Parties"), by and through their attorneys of record, being the only parties participating in this action, hereby stipulate and agree to extend the dispositive motion deadline pursuant to Local Rules IA 6-1 and 26-4, as follows:

/ / /

/ / /

1

This matter involves a non-judicial HOA lien foreclosure and the Nevada Supreme Court decision in SFR Investments Pool 1 v. U.S. Bank, 130 Nev. Adv. Op. 75, 334 P.3d 408 (2014), which puts the deed of trust at issue into question.

The parties request to extend the dispositive motion deadline, set via the Court's Minute Order on April 9, 2019 [ECF No. 20], for the limited purpose of generating deposition transcripts necessary for a complete record and in support of the Parties' Motions for Summary Judgment. On April 9, 2019 the Court granted Saticoy Bay's Motion to Lift Stay, and set the following briefing schedule for dispositive motions: dispositive motions shall be filed by May 14, 2019; responses shall be filed by May 23, 2019; and replies are to be filed by May 30, 2019. On April 9, 2019 the Parties had not yet conducted discovery regarding this case. Nonetheless, the Court made it clear that the Parties were to complete all discovery no later then May 7, 2019.

The Parties participated in expedited discovery to complete any remaining issues. However, several of the key deposition transcripts have not yet been provided by the Court Reporter to the Parties. This includes the deposition transcripts of both the HOA and the HOA's foreclosure trustee, Hampton & Hampton Collections, LLC. Thus, the Parties request a ten-day extension of the current dispositive motion deadlines to ensure a complete and accurate record.

Subject to approval of the Court, the parties stipulate and agree to the following dispositive motion briefing schedule:

    a. Dispositive motion deadline: May 23, 2019

    b. Response deadline: May 31, 2019

    c. Reply deadline: June 6, 2019

///
///
///
///
///
///

The Parties respectfully submit that good cause exists for such extension and that this request is not brought for any improper purpose or for purposes of delay.

Dated this 14th day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Joseph A. Dragon, Esq.*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

Dated this 14th day of May, 2019.

TYSON & MENDES

/s/ *Margaret E. Schmidt, Esq.*
Christopher A. Lund, Esq.
Nevada Bar No. 12435
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
3960 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
*Attorney for Defendant, Rock Springs Vista 3 Homeowners Association*

Dated this 14th day of May, 2019.

LAW OFFICE OF MICHAEL F. BOHN, ESQ.

/s/ *Michael F. Bohn, Esq.*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R Trippiedi, Esq.
Nevada Bar No. 12294
Law Office of Michael F. Bohn
2260 Corporate Cir, Suite 480
Henderson, NV 89074
*Attorneys for Saticoy Bay, LLC Series 1105 Sulphur Springs Lane*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 15, 2019