WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage
Loan Asset-Backed Certificates, Series 2007-CB3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>        Plaintiff,<br><br>   vs.<br><br>SATICOY BAY LLC SERIES 1105 SULPHUR SPRINGS LANE; ROCK SPRINGS VISTA 3 HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>        Defendants. | Case No.:   2:17-CV-01524-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**[SECOND REQUEST]** |

Plaintiff, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3 (hereinafter "Plaintiff" or "U.S. Bank"), Defendant, Saticoy Bay, LLC Series 1105 Sulphur Springs Lane ("Saticoy Bay" or "Defendant") and Defendant, Rock Springs Vista 3 Homeowners Association ("Rock Springs" or "HOA") (collectively, "the Parties"), by and through their attorneys of record, being the only parties participating in this action, hereby stipulate and agree to extend the dispositive motion deadline pursuant to Local Rules IA 6-1 and 26-4, as follows:

/ / /

/ / /

This matter involves a non-judicial HOA lien foreclosure and the Nevada Supreme Court decision in <u>SFR Investments Pool 1 v. U.S. Bank</u>, 130 Nev. Adv. Op. 75, 334 P.3d 408 (2014), which puts the deed of trust at issue into question.

The parties request to extend the dispositive motion deadline, set via the Parties Stipulation and Order to continue the dispositive Motion Deadline. [ECF No. 23]. That stipulation was entered into for the limited purpose of generating deposition transcripts necessary for a complete record and in support of the Parties' Motions for Summary Judgment. However, the Parties are now in serious settlement discussion and hope to resolve this matter within the next two weeks.

Thus, the Parties request a fourteen-day extension of the current dispositive motion deadlines to continue settlement discussions.

Subject to approval of the Court, the parties stipulate and agree to the following dispositive motion briefing schedule:

      a.   Dispositive motion deadline: June 6, 2019

      b.   Response deadline: June 20, 2019

      c.   Reply deadline: June 25, 2019

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

As stated, the Parties are in the process of settlement discussions and respectfully submit that good cause exists for such extension and that this request is not brought for any improper purpose or for purposes of delay.

Dated this 23rd day of May, 2019.                    Dated this 23rd day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP                        TYSON & MENDES

/s/ Joseph A. Dragon, Esq. /                          _/s/  Margaret E. Schmidt, Esq.  /__
Christina V. Miller, Esq.                             Christopher A. Lund, Esq.
Nevada Bar No. 12448                                 Nevada Bar No. 12435
Joseph A. Dragon, Esq.                               Thomas E. McGrath, Esq.
Nevada Bar No. 13682                                 Nevada Bar No. 7086
7785 W. Sahara Ave., Suite 200                       Margaret E. Schmidt, Esq.
Las Vegas, Nevada 89117                              Nevada Bar No. 12489
*Attorneys for  Plaintiff, U.S. Bank National*        3960 Howard Hughes Parkway
*Association, as Trustee, for the C-BASS*             Suite 600
*Mortgage Loan Asset-Backed Certificates,*            Las Vegas, Nevada  89169
*Series 2007-CB3*                                     *Attorney for  Defendant, Rock Springs Vista 3*
                                                      *Homeowners Association*
Dated this 23rd day of May, 2019.

LAW OFFICE OF MICHAEL F. BOHN,
ESQ.

/s/  Michael F. Bohn, Esq.   /
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R Trippiedi, Esq.
Nevada Bar No. 12294
Law Office of Michael F. Bohn
2260 Corporate Cir, Suite 480
Henderson, NV 89074
*Attorneys for Saticoy Bay, LLC Series 1105*
*Sulphur Springs Lane*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____June 3, 2019_____

3