WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1105 SULPHUR SPRINGS LANE; ROCK SPRINGS VISTA 3 HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01524-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SATICOY BAY LLC SERIES 1105 SULPHUR SPRINGS LANE,<br><br>Counter-Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB3,<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2007-CB3 ("Plaintiff"), Defendant,

Rock Springs Vista 3 Homeowners Association ("HOA"), and Defendant/Counter-Claimant, Saticoy Bay LLC Series 1105 Sulphur Springs Lane ("Saticoy Bay"), by and through their undersigned attorneys, hereby stipulate to dismiss this matter and all claims with prejudice, each party shall bear its own attorney's fees and costs; and

**IT IS SO STIPULATED.**

| WRIGHT, FINLAY & ZAK, LLP | TYSON & MENDES LLP |
|---|---|
| */s/ Michael S. Kelley, Esq.* | */s/ Margaret E. Schmidt, Esq.* |
| R. Samuel Ehlers, Esq. | Thomas E. McGrath, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 7086 |
| Michael S. Kelley, Esq. | Margaret E. Schmidt, Esq. |
| Nevada Bar No. 10101 | Nevada Bar No. 12489 |
| 7785 W. Sahara Ave., Suite 200 | 3960 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff, Deutsche Bank National Trust Company, solely as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2005-11* | *Attorneys for Defendant Rock Springs Vista 3 Homeowners Association* |

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Michael F. Bohn, Esq.*
Michael F. Bohn, Esq..
Nevada Bar No. 1641
Nikoll Nikci, Esq.
Nevada Bar No. 10699
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
*Attorneys for Defendant/Counterclaimant, Saticoy Bay LLC Series 1105 Sulphur Springs Lane*

# **ORDER**

Based upon the foregoing Stipulation by and between the parties, and good cause appearing,

**IT IS FURTHER ORDERED** that the above-referenced matter, including all remaining claims for relief thereto, by and between all Parties, shall be dismissed with prejudice.

**IT IS SO ORDERED.**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 24th day of March, 2020.